## BESA v. STATE.
### No. 18746.

Court of Criminal Appeals of Texas.
Jan. 27, 1937.

Wright Stubbs, of Austin, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of marijuana; penalty assessed at confinement in the state penitentiary for two years and one day.

The record is before this court without statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment is affirmed.